IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| DIEGO ARMANDO JUAREZ MONROY, § § § | |
| Petitioner, § § | |
| v. § | CAUSE NO. EP-26-CV-198-KC |
| § | |
| PAMELA BONDI et al., § § § | |
| Respondents. § | |

## FINAL JUDGMENT

On this day, the Court considered the case. On February 5, 2026, the Court granted in part Juarez Monroy's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision, by no later than February 12, 2026. Feb. 5, 2026, Order 2, ECF No. 4. After Respondents failed to comply with the Court's Order by the deadline, the Court ordered that Juarez Monroy be immediately released. Feb. 13, 2026, Order, ECF No. 7. Respondents have now informed the Court that Juarez Monroy has been released from custody. Status Report, ECF No. 8.

It appears that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Feb. 5, 2026, Order; Feb. 13, 2026, Order. Accordingly, **the Clerk shall close the case**. To the extent Juarez Monroy wishes to seek additional relief from the Court, he may file a motion to reopen.

**SO ORDERED**.

**SIGNED this 19th day of February, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE